## Commonwealth *v.* Carter, Appellant.

Submitted March 28, 1974. *Anthony J. Cavuto,* for appellant; *Milton M. Stein, David Richman, Anita Cohen, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Chopak, Appellant.

Submitted December 4, 1974. *Joseph P. Zawrotny,* for appellant; *Glenn S. Gitomer, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.